IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

WELLNESS AND REHABILITATION
CENTER OF POMPANO P.A.
A/A/O SANTIAGO CANARIO,

      Appellant,

 v.

      Case No.  5D21-2073
      LT Case No. 2014-SC-11215

UNITED AUTOMOBILE INSURANCE
COMPANY,

      Appellee.
_____/

Decision filed April 26, 2022

Appeal from the County Court
for Orange County,
Elizabeth Starr, Judge.

Robert Morris, of Eiffert &
Associates, P.A., Orlando, for
Appellant.

Michael J. Neimand, House Counsel
of United Automobile Insurance
Company, Miami, for Appellee.

PER CURIAM.

     AFFIRMED.

EVANDER, WALLIS and WOZNIAK, JJ., concur.